| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Woodbridge Hospitality, L.L.C.** |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (if known) | 2:21-bk-04096-PS |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June  2, 2021**            X **/s/ Sukhbinder Khangura**
                                              Signature of individual signing on behalf of debtor

                                           **Sukhbinder Khangura**
                                           Printed name

                                           **Manager**
                                           Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: Woodbridge Hospitality, L.L.C.
United States Bankruptcy Court for the: DISTRICT OF ARIZONA
Case number (if known): 2:21-bk-04096-PS

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Action Staffing<br>PO Box 85<br>Chandler, AZ 85244 | actionstaff1@cox.net<br><br>480-242-7915 | Vendor | | | | $4,500.97 |
| APS<br>MS 3200<br>P.O. Box 53933<br>Phoenix, AZ 85072 | 602-371-717 | Utility provider | | | | $7,546.62 |
| Arizona Department of Revenue<br>Bankruptcy & Litigation<br>1600 West Monroe<br>Phoenix, AZ 85007 | 602-255-3381 | Taxes | Contingent | | | Unknown |
| Arizona Horticultural Alliance<br>1900 W. Chandler Blvd. Suite 15-308<br>Chandler, AZ 85224 | brandon@azhorticultural.com<br>480-204-0706 | Vendor | | | | $6,650.00 |
| AT&T<br>PO Box 5019<br>Carol Stream, IL 60197-5019 | | Vendor | | | | $2,088.82 |
| Booking.com B.V.<br>5295 Paysphere Circle<br>Chicago, IL 60674-5295 | 877-266-5818 | Vendor | | | | $1,873.66 |
| Canyon Community Bank N.A.<br>7981 N. Oracle Road<br>Tucson, AZ 85704 | Michael McGrath Esq<br><br>mmcgrath@mcrazlaw.com<br>520-624-8886 | PPP Loan | Contingent | | | $371,473.47 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Clark Hill P.L.C. 14850 N. Scottsdale Road Suite 500 Scottsdale, AZ 85254 | email@clarkhill.com 480-684-1100 | Vendor | | | | $2,047.50 |
| Expedia, Inc. PO Box 844120 Dallas, TX 75284-4120 | expediacollections@expedia.com 877-227-7481 | Vendor | | | | $3,126.46 |
| HD Supply Facilities Maintenace, Ltd. PO Box 509058 San Diego, CA 92150-9058 | 800-798-8888 | Vendor | | | | $2,006.70 |
| Hilton Worldwide 4649 Paysphere Circle Chicago, IL 60617-4000 | Kristyn Roberts Kristin.Roberts@hilton.com 901-374-6585 | Fees | | | | $209,656.01 |
| Hire Quest PO Box 890714 Charlotte, NC 28289-0714 | info@hirequestllc.com 800-835-6755 | Vendor | | | | $1,943.72 |
| Hotel Valley Ho 6850 East Main Street Scottsdale, AZ 85251 | hello@hotelvalleyho.com 480-376-2600 | Vendor | | | | $2,725.01 |
| Hotels for Hope 4029 S. Capital of Texas Hwy Suite 111 Austin, TX 78704 | accounting@hotelsforhope.com 512-691-9555 | Vendor | | | | $3,140.77 |
| IPFS Corporation 3 Hutton Centre Drive Suite 600 Santa Ana, CA 92707 | 877-305-0611 | Vendor | | | | $4,384.21 |
| KONE Inc 4156 PO BOX 894156 Los Angeles, CA 90189-4156 | 602-679-4142 | Vendor | | | | $5,812.70 |
| Menzy Mechanical Inc. 108 East Eason Ave Buckeye, AZ 85326 | 480-721-5293 | Vendor | | | | $8,531.88 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Sonifi Solutions, Inc.**<br>PO Box 505225<br>Saint Louis, MO 63150-5225 | hospitalitysupport@sonifi.com<br>888-563-4363 | **Vendor** | | | | $2,938.07 |
| **Superior Uniform Group**<br>PO Box 748000<br>Cincinnati, OH 45274-8000 | 800-727-8643 | **Vendor** | | | | $4,323.20 |
| **YESCO**<br>PO Box 11676<br>Tacoma, WA 98411-6676 | | **Vendor** | | | | $1,619.17 |