Randy Nussbaum (SBN 006417)
Randy.Nussbaum@SacksTierney.com
Philip R. Rudd (SBN 014026)
Philip.Rudd@SacksTierney.com
Sierra M. Minder (SBN 035795)
Sierra.Minder@SacksTierney.com
**SACKS TIERNEY P.A.**
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
Telephone: 480.425.2600
Facsimile: 480.970.4610
*Attorneys for Debtor*

**IN THE UNITED STATES BANKRUPTCY COURT**

**THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| WOODBRIDGE HOSPITALITY, L.L.C., | Case No. 2:21-bk-04096-BKM |
| Debtor. | **STATUS REPORT FOR HEARING REGARDING SALE MOTION, MOTION TO RETAIN LEDGESTONE AND MOTION TO ASSUME ENDEAVORS CONTRACT** |
| | **HRG DATE: SEPTEMBER 14, 2021**<br>**HRG TIME: 1:30 P.M.**<br>**CALL IN #: 161 400 7339**<br>**PASSCODE: 164762** |

Pursuant to the Court's *Minute Entry* dated July 28, 2021 ("Minute Entry"), Woodbridge Hospitality, L.L.C. ("Debtor") hereby submits its *Status Report for Hearing Regarding Sale Motion, Motion to Retain Ledgestone and Motion to Assume Endeavors Contract* ("Status Report")[1] as follows:

---

[1] Pursuant to the Minute Entry, the Status Report was due to be filed by close of business on Friday, September 10, 2021. Regrettably, and with apologies, Debtor's counsel inadvertently missed that deadline.

A. **Status of *Motion to Sell Debtor's Property Free and Clear of Liens to SRE Partners, LLC Pursuant to Pre-Petition Purchase and Sale Agreement* ("Motion to Sell Property")**

Although the Debtor has received unsolicited interest from third parties about the purchase of the Debtor's Hotel, the Debtor currently intends to proceed with the sale of the Hotel to SRE pursuant to the Motion to Sell Property. On August 30, 2021, Debtor's counsel requested an update from SRE's counsel concerning the status of SRE's dealings with the City of Scottsdale and the City of Scottsdale's approval of SRE's plans with respect to the Hotel; however, SRE's counsel has not yet responded to that request as, upon information and belief, he has been on vacation. Presumably, SRE's counsel will have an update for the Court at the hearing.

As discussed below, Endeavors has requested that the Debtor extend the Endeavors Contract to December 31, 2021. The Debtor has discussed this proposed extension with SRE, and SRE has agreed to the extension so long as the Debtor extends, without any further deposit, the time period by which SRE must obtain City of Scottsdale approval of its plans for the Hotel. The Debtor is amenable to such an agreement, and the parties are negotiating an amendment to the SRE PSA in that regard. The Debtor intends to file a notice of the PSA amendment once it is fully negotiated and signed.

The Lender's objection to the Motion to Sell Property has not been resolved. The Debtor has provided substantial documents to the Lender pursuant to the Lender's document requests, and the Lender has deposed the Debtor's principal, Suky Khangura, and the Debtor's property manager, Michael Harris. The Lender has not filed any supplemental objection to the Motion to Sell Property.

The Debtor intends to continue pursuing the relief requested in the Motion to Sell Property as modified by the anticipated amendment to the PSA

B. **Status of *Motion to Retain Ledgestone Hospitality, LLC as Manager and Operator of Hotel* ("Motion to Retain Manager")**

The US Trustee has made a proposal to the Debtor and Ledgestone regarding proposed terms for a resolution of the US Trustee's objection to the Motion to Retain Manager. On

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

3115080.v1

September 13, 2021, Ledgestone provided a response, to Debtor's counsel, regarding the US Trustee's proposal. Debtor's counsel intends to discuss the proposed counter-proposal with the US Trustee prior to the hearing on September 14, 2021.

The Lender's objection to the Motion to Retain Manager has not been resolved. Again, the Debtor has provided substantial documents to the Lender pursuant to the Lender's document requests, and the Lender has deposed the Debtor's principal, Suky Khangura, and the Debtor's property manager, Michael Harris. The Lender has not filed any supplemental objection to the Motion to Retain Manager.

The Debtor intends to continue pursuing the relief requested in the Motion to Retain Manager.

### C. Status of *Motion to Assume Endeavors Contract* ("Motion to Assume")

Endeavors has indicated that the Government has requested that their primary contract be extended through December 31, 2021. Accordingly, Endeavors has requested that the Debtor extend the term of the Endeavors Contract with the Debtor through December 31, 2021. After obtaining SRE's approval of the extension (see above), the Debtor has agreed to such an extension of the Endeavors Contract and will execute appropriate documents to that effect once the primary contract is extended. Notably, the Endeavors Contract provides for such a potential extension. The Debtor intends to file a notice of the extension of the Endeavors Contract once those documents are executed.

The Lender's Objection to the Motion to Assume has not been resolved. Again, the Debtor has provided substantial documents to the Lender pursuant to the Lender's document requests, and the Lender has deposed the Debtor's principal, Suky Khangura, and the Debtor's property manager, Michael Harris. The Lender has not filed any supplemental objection to the Motion to Assume.

The Debtor intends to continue pursuing the relief requested in the Motion to Assume with respect to the Endeavors Contract, as extended through December 31, 2021.

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

DATED: September 13, 2021.

**SACKS TIERNEY P.A.**

By: /s/ Randy Nussbaum
Randy Nussbaum
Philip R. Rudd
Sierra M. Minder
*Attorneys for Debtor*

**COPY** of the foregoing mailed (or served via electronic notification if indicated by an "*") on September 13, 2021, to:

Brian C. Lake * Blake@perkinscoie.com
David Neff * DNeff@perkinscoie.com
Bradley A. Cosman * BCosman@perkinscoie.com
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
*Attorneys for Wilmington Trust, N.A.*

Michael McGrath *
mmcgrath@mcrazlaw.com
MESCH CLARK ROTHCHILD
259 N. Meyer Avenue
Tucson, AZ 85701
*Attorneys for Canyon Community Bank*

John G. Sinodis * JGS@JHC.law
James L. Ugalde* JLU@JHC.law
JENNINGS HAUGH CUNNINGHAM
2800 N. Central Avenue, Suite 1800
Phoenix, AZ 85004
*Attorneys for Maxim Commercial Capital LLC*

Thomas H. Allen *
tallen@allenbarneslaw.com
David B. Nelson *
dnelson@allenbarneslaw.com
ALLEN BARNES & JONES PLC
1850 N. Central Avenue, Suite 150
Phoenix, AZ 85004
*Counsel for Jasbir Khangura*

Grant L. Cartwright *
gcartwright@maypotenza.com
Andrew A. Harnisch*
Aharnisch@maypotenza.com
MAY, POTENZA, BARAN & GILLESPIE, P.C.
201 North Central Avenue, Suite 2200
Phoenix, AZ 85004-0608
*Counsel for Sukhbinder and Rupinder Khangura*

Kristyn Roberts *
Kristyn.Roberts@hilton.com
Rhonda Jones * Rhonda.Jones@hilton.com
Jennifer Guy * Jennifer.Guy@hilton.com
Kenneth Shaw *
Kenneth.Shaw@hilton.com
Twanetta Hundley *
Twanetta.Hundley@hilton.com
Eric Carlson * Eric.Carlson@hilton.com
Claudia Reyes *
Claudia.Reyes@hilton.com
Ben Reed*
Ben.Reed.Contractor@hilton.com
Hilton Worldwide
Hilton Accounting and Finance
755 Crossover Lane
Memphis, TN 38117

| | |
|---|---|
| Patty Chan * patty.chan@usdoj.gov<br>OFFICE OF THE U.S. TRUSTEE<br>230 N. First Ave., Ste. 204<br>Phoenix, AZ 85003-1706 | US Small Business Administration<br>Office of Disaster Assistance<br>14925 Kingsport Road<br>Fort Worth, TX 76155 |
| Matthew A. Silverman *<br>Matthew.Silverman@azag.gov<br>OFFICE OF THE ATTORNEY GENERAL<br>2005 North Central Avenue<br>Phoenix, AZ 85004-1252<br>*Attorneys for the Arizona Dept of Revenue* | Kathleen Allare *<br>KAllare@perkinscoie.com<br>PERKINS COIE LLP<br>131 S. Dearborn St., Ste. 1700<br>Chicago, IL 60603-5599<br>*Attorneys for Wilmington Trust, N.A.* |
| Isaac M. Gabriel*<br>Isaac.gabriel@quarles.com<br>Julie P. Walters*<br>Julie.Walters@quarles.com<br>Quarles & Brady LLP<br>Renaissance One<br>Two North Central Avenue<br>Phoenix, AZ 85004<br>*Attorneys for SRE Partners, LLC dba Sterling Real Estate Partners* | Gil Hopenstand * Gil.Hopenstand@sba.gov<br>US SMALL BUSINESS ADMINISTRATION<br>4041 N. Central Avenue, Suite 1000<br>Phoenix, AZ 85012 |
| Waljeet Hundal * wshundal@msn.com<br>5281 W. Ivanhoe Court<br>Chandler, AZ 85226 | Chip Fulghum * cfulgum@endeavors.org<br>Andrea Helling * ahelling@endeavors.org<br>FAMILY ENDEAVORS INC.<br>6363 De Zavala Road<br>San Antonio, TX 78249 |
| Jennifer A. Christian *<br>jchristian@askllp.com<br>ASK LLP<br>60 E. 42nd Street, 46th Floor<br>New York, NY 10165<br>*Attorneys for Sonifi Solutions Inc.* | Debbie Trujillo *<br>Debbie.Trujillo@Berkadia.com<br>BERKADIA COMMERCIAL MORTGAGE LLC<br>6955 Union Park Ctr, Suite 450<br>Midvale, UT 84047 |
| Mathew B. Levine * mlevine@tbl-law.com<br>TITUS BRUECKNER & LEVINE PLC<br>8355 E. Hartford Drive, Suite 200<br>Scottsdale, AZ 85255<br>*Attorneys for SRE Partners, LLC dba Sterling Real Estate Partners* | David Zeff * david@sterling-partners.com<br>SRE PARTNERS, LLC DBA<br>STERLING REAL ESTATE PARTNERS<br>7114 E. Stetson Drive, Suite 36<br>Scottsdale, AZ 85251 |
| Ben Miranda * bmiranda@endeavors.org<br>ENDEAVORS<br>1390 George Dieter Drive, Ste. 140<br>El Paso, TX 79936 | |

By: */s/ Cathie Bernales*

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

3115080.v1