# IN THE UNITED STATES BANKRUPTCY COURT

## THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| WOODBRIDGE HOSPITALITY, L.L.C., | Case No. 2:21-bk-04096-BKM |
| Debtor. | **ORDER APPROVING DISCLOSURE STATEMENT AND FIXING TIME FOR FILING ACCEPTANCE OR REJECTION OF PLAN, COMBINED WITH NOTICE THEREOF** |

**TO: ALL CREDITORS, EQUITY SECURITY HOLDERS, AND OTHER PARTIES IN INTEREST:**

An *Amended Disclosure Statement in Support of Amended Plan of Reorganization Dated November 8, 2021* ("Disclosure Statement") under Chapter 11 of the Bankruptcy Code having been filed by Woodbridge Hospitality, L.L.C., the debtor and debtor-in-possession in this case, referring to an *Amended Plan of Reorganization Dated November 8, 2021* ("Plan") under Chapter 11 of the Bankruptcy Code filed by Woodbridge Hospitality, L.L.C. ("Plan Proponent"), and

It having been determined that the Disclosure Statement contains adequate information;

**IT IS ORDERED AND NOTICE IS HEREBY GIVEN** that:

A. The Disclosure Statement filed by the Plan Proponent is approved.

B. The hearing to consider the confirmation of the Plan shall be held, telephonically, on **December 16, 2021 at 10:30 a.m.** (Arizona time) (the "Initial Confirmation Hearing"). Any party wishing to participate in the Initial Confirmation Hearing may do so by calling **877-336-1829, access code 5564497**. Parties should call several minutes before the hearing and place the call on mute once connected to the conference line.

C. On or before **December 6, 2021**, the Plan Proponent shall file a status report concerning the status of the proposed sale of the Debtor's property.

D. Within the time limits imposed by Bankruptcy Rule 2002(b), a copy of this order, the Plan, the Disclosure Statement (or approved summaries thereof), and a ballot conforming to Official Form No. 14 shall be transmitted by the Plan Proponent by mail to all creditors, equity security holders and other parties in interest as provided in Bankruptcy Rule 3017(d). The Plan Proponent shall file a certificate or affidavit evidencing such transmission.

E. Ballots accepting or rejecting the Plan must be <u>received</u> by the Plan Proponent **on or before 5:00 p.m. (Arizona time) on Monday, December 13, 2021**.

F. Ballots must be mailed/emailed/faxed to the Plan Proponent in care of:

> Philip R. Rudd
> Philip.Rudd@Sackstierney.com
> Sacks Tierney, PA
> 4250 N. Drinkwater Blvd., 4th Floor
> Scottsdale, AZ 85251
> Fax: 480-970-4610

G. The last day for filing with the Court and serving, pursuant to Bankruptcy Rule 3020(b)(1), written objections to confirmation of the Plan is **Monday, December 13, 2021**.

H. The written report by the Plan Proponent, as required by Local Rule 3018, is to be filed **on or before noon (Arizona time) on December 15, 2021**.

|   |   |   |
|---|---|---|
| 1 | I. | If the debtor is an individual, the above hearing date is the last date to file a complaint objecting to the discharge of the debtor pursuant to 11 U.S.C. §1141 and §727. |
| 2 | | |
| 3 | | |
| 4 | J. | If an objection to confirmation is filed, the Court may utilize the Initial Confirmation Hearing to determine the appropriate discovery procedures, the scheduling of a Rule 16 Conference, etc., under the Federal Rules of Civil Procedure, as amended. |

I.  If the debtor is an individual, the above hearing date is the last date to file a complaint objecting to the discharge of the debtor pursuant to 11 U.S.C. §1141 and §727.

J.  If an objection to confirmation is filed, the Court may utilize the Initial Confirmation Hearing to determine the appropriate discovery procedures, the scheduling of a Rule 16 Conference, etc., under the Federal Rules of Civil Procedure, as amended.

K.  If no objection to confirmation is filed, the Court may still request that evidence be presented or that counsel present an offer of proof in support of confirmation of the Plan. *In re Acequia*, 787 F.2d 1352 (9th Cir. 1986).

L.  Notwithstanding anything to the contrary in the Court's *Order Setting and Notice of Hearing to Consider Approval of Disclosure Statement* [Dkt. No. 197], any of Wilmington Trust's and Maxim's rights under 11 U.S.C. § 1111(b), if applicable, are reserved, and the Plan Proponent reserves the right to amend the Plan to provide for treatment of Wilmington Trust's and Maxim's respective claims if § 1111(b) applies to those claims. Wilmington Trust's and Maxim's rights to object to any proposed plan treatment in the event § 1111(b) applies are fully reserved.

**SIGNED AND DATED ABOVE.**